# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briscoe, Mary B. | Tenth Circuit Court of Appeals | 08/02/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

645 Massachusetts
Suite 400
Lawrence, KS 66044

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | '84-presnt | Kansas Public Employees Retirement System (KPERS) - Judges' Retirement Program - vested |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | KS Public Employees Retirement System - Judge's Retirement Program | $37,634.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Western Professional Associates, Inc. - nonemployee compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capitol Federal - savings | B | Interest | O | T | | | | | |
| 2. Capitol Federal - checking | A | Interest | J | T | | | | | |
| 3. Capital One Nat'l Assn CD | A | Interest | K | T | Buy | 11/06/17 | K | | |
| 4. Compass Bank Birmingham, Ala CD | A | Interest | K | T | Buy | 11/06/17 | K | | |
| 5. Discover Bank CD | A | Interest | K | T | Buy | 11/06/17 | K | | |
| 6. Goldman Sachs Bank CD | A | Interest | K | T | Buy | 11/06/17 | K | | |
| 7. Fidelity Annuity (formerly Vanguard) Variable (H) Annuity | | | | | | | | | |
| 8. Fidelity VIP High Income (X) | A | Dividend | L | T | | | | | |
| 9. Fidelity VIP Overseas (X) | A | Dividend | K | T | | | | | |
| 10. Templeton Global Bond (X) | A | Dividend | K | T | | | | | |
| 11. Centerpoint Energy | B | Dividend | K | T | | | | | |
| 12. Fidelity Total Bond | D | Dividend | M | T | | | | | |
| 13. Metro West Total Return | B | Dividend | M | T | Buy (add'l) | 12/05/17 | K | | |
| 14. Oakmark Fund | A | Dividend | K | T | Sold (part) | 09/22/17 | K | C | |
| 15. USAA-Subscr. svgs. | A | Dividend | J | T | | | | | |
| 16. I Shares S&P 500 Growth | B | Dividend | M | T | Sold (part) | 04/10/17 | J | A | |
| 17. | | | | | Sold (part) | 05/20/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/25/17 | J | A | |
| 19. | | | | | Sold (part) | 12/05/17 | K | B | |
| 20. | | | | | Buy (add'l) | 12/15/17 | K | | |
| 21. | | | | | Sold (part) | 12/20/17 | J | C | |
| 22. Fidelity Cash Reserves (Core Fund) | A | Interest | J | T | | | | | |
| 23. Bank New York Inc. | B | Interest | | | Redeemed | 12/01/17 | K | | |
| 24. Templeton Global Bond | A | Dividend | K | T | | | | | |
| 25. Fidelity GNMA Fund | B | Dividend | M | T | Buy (add'l) | 01/06/17 | M | | |
| 26. | | | | | Sold (part) | 05/25/17 | K | C | |
| 27. | | | | | Sold (part) | 12/19/17 | J | A | |
| 28. Overland Park, KS Go Intl Bnds | B | Interest | | | Redeemed | 09/01/17 | K | | |
| 29. Harbor Bond Adm. | C | Interest | L | T | Buy (add'l) | 04/06/17 | K | | |
| 30. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 31. | | | | | Buy (add'l) | 09/22/17 | K | | |
| 32. Eaton Vance Atlanta Cop. (Floating Rate A) | B | Dividend | K | T | Sold (part) | 02/10/17 | J | | |
| 33. Double Line Total Rt Bond FDCLN | C | Dividend | M | T | Buy (add'l) | 09/22/17 | J | | |
| 34. Double Line Total Return Bond FDCL1 | C | Dividend | M | T | Buy | 06/07/17 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. I Shares CORE S&P 500 Index | B | Dividend | L | T | Sold (part) | 02/14/17 | K | D | |
| 36. | | | | | Sold (part) | 04/10/17 | K | C | |
| 37. | | | | | Sold (part) | 05/22/17 | K | C | |
| 38. I Shares INC Core MSCI Emerging Mkts | A | Dividend | K | T | Buy | 02/14/17 | K | | |
| 39. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 40. I Shares Russell 1000 Value | B | Dividend | L | T | | | | | |
| 41. I Shares S&P Mid-Cap 400 Growth | A | Dividend | K | T | Sold (part) | 02/14/17 | K | D | |
| 42. | | | | | Sold (part) | 04/10/17 | J | B | |
| 43. | | | | | Sold (part) | 12/15/17 | J | A | |
| 44. I Shares CORE US Agg | D | Dividend | N | T | Buy (add'l) | 02/14/17 | L | | |
| 45. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 46. | | | | | Buy (add'l) | 09/25/17 | K | | |
| 47. I Shares S&P 500 Value | A | Dividend | L | T | Sold (part) | 12/15/17 | J | A | |
| 48. American Century Value Inv. Sh Class Conversion | | | | | | | | | |
| 49. American Century Value Fund Class 1 | C | Dividend | K | T | Spinoff (from line 48) | 11/20/17 | K | | |
| 50. OakMark International Investor CL | B | Interest | L | T | | | | | |
| 51. Wells Fargo Advtg Special Mid-Cap Sh Class Conversion | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo Special Mid Cap CL1 | B | Interest | K | T | Spinoff (from line 51) | 10/20/17 | K | | |
| 53. Harding Loevner Em. Mkt. | A | Dividend | K | T | Buy | 02/10/17 | K | | |
| 54. | | | | | Sold (part) | 05/18/17 | K | D | |
| 55. Baird Aggregate Bond | C | Interest | L | T | Buy (add'l) | 02/10/17 | J | | |
| 56. | | | | | Sold (part) | 08/16/17 | M | C | |
| 57. Harbor Bond Inst. | B | Interest | L | T | Sold (part) | 04/06/17 | K | A | |
| 58. I Shares CORE S&P Small Cap | A | Dividend | | | Sold | 05/22/17 | K | C | |
| 59. I Shares Trust CORE | B | Dividend | L | T | Buy (add'l) | 02/14/17 | K | | |
| 60. | | | | | Buy (add'l) | 05/22/17 | L | | |
| 61. | | | | | Sold (part) | 09/25/17 | L | D | |
| 62. Vanguard Short Term | A | Dividend | L | T | | | | | |
| 63. Vanguard Life | A | Dividend | K | T | | | | | |
| 64. Fidelity Tax Free Bond | A | Dividend | L | T | | | | | |
| 65. Fidelity Puritan | A | Dividend | K | T | Buy | 04/04/17 | K | | |
| 66. Glenmede Small Cap Equity | C | Dividend | K | T | Buy | 04/06/17 | K | | |
| 67. | | | | | Buy (add'l) | 05/18/17 | K | | |
| 68. | | | | | Sold (part) | 12/14/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Am. Funds Tax Adv. Growth | B | Dividend | L | T | Buy | 01/06/17 | K | | |
| 70. Hartford Intl Oppt Fd Class 1 | C | Dividend | L | T | Buy | 09/22/17 | L | | |
| 71. | | | | | Sold (part) | 12/14/17 | J | B | |
| 72. Columbia Cap. Alloc. | B | Dividend | L | T | Buy | 09/23/17 | K | | |
| 73. Columbia Income Builder | B | Dividend | K | T | Buy | 09/25/17 | K | | |
| 74. Pimco Income Fund | B | Dividend | L | T | Buy | 06/26/17 | K | | |
| 75. Wells Fargo Diversified Inc. Builder | C | Dividend | M | T | Buy | 08/21/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary B. Briscoe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544